IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**ELIJAH NATHANIEL LOVE,**

    **Plaintiff,**

v.                                                   Case No. 1:20-cv-234-AW-GRJ

**A BARS, et al.,**

    **Defendants.**

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

I have considered the magistrate judge's March 4, 2021 Report and Recommendation, ECF No. 16, to which there has been no objection. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 16) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to pay the filing fee."

3. The clerk will close the file.

SO ORDERED on April 29, 2021.

                                                 s/ *Allen Winsor*
                                                 United States District Judge